FILED

MAY 15 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUNAE NICOLE EELLS,<br><br>Defendant. | CR 18-09-BLG-SPW<br><br><br><br>ORDER |
|---|---|

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 18). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

Dated this 15th day of May, 2018.

SUSAN P. WATTERS
United States District Court Judge

1